LOUISE H. HUMPHRIES, complainant,

*v.*

WILLIAM S. HUMPHRIES, defendant.

[Decided June 27th, 1924.]

On final hearing.

*Mr. Sylvester C. Smith, Jr.,* for the complainant.

*Mr. Frank W. Long,* for the defendant.

BUCHANAN, V. C.

Complainant's bill is for maintenance, under the statute, for herself and two minor children of the marriage—a boy of sixteen and a girl of thirteen. A careful consideration of the evidence leads me to the conclusion that she is entitled to decree, and that the amount, under all the present circumstances, should be fixed at eleven dollars ($11) per week.

Costs will be awarded, including a counsel fee of one hundred dollars ($100).